UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHRISTOPHER ROBINSON,

    Plaintiff,

    v.

DISTRICT ATTORNEY'S OFFICE OF
MONROE COUNTY, ADA CHAD MARTINEZ,

    Defendants.

CIVIL ACTION NO. 3:17-CV-2205

(JUDGE CONABOY)
(Magistrate Judge Saporito)

FILED
SCRANTON

DEC 0 4 2017

Per_____ *CR*
DEPUTY CLERK

---

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHRISTOPHER ROBINSON,

    Plaintiff,

    v.

MONROE COUNTY COURT OF COMMON
PLEAS, JUDGE JONATHAN MARLES,

    Defendants.

CIVIL ACTION NO. 3:17-CV-2206

(JUDGE CONABOY)
(Magistrate Judge Saporito)

---

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHRISTOPHER ROBINSON,

    Plaintiff,

    v.

MONROE COUNTY COURT OF COMMON
PLEAS, JUDGE M. WORTHINGTON, JUDGE
SIBUM,

    Defendants.

CIVIL ACTION NO. 3:17-CV-2207

(JUDGE CONABOY)
(Magistrate Judge Saporito)

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHRISTOPHER ROBINSON, :
: CIVIL ACTION NO. 3:17-CV-2208
    Plaintiff, :
: (JUDGE CONABOY)
    v. : (Magistrate Judge Saporito)
:
MONROE COUNTY PUBLIC DEFENDERS :
OFFICE, ATTORNEY JAMES P. GREGOR, :
ATTORNEY ERIC CLOSS, :
:
    Defendants. :

### ORDER

Because Federal Rule of Civil Procedure Rule 42(a) allows for consolidation when actions before the court involve a common question of law or fact; and

Because Plaintiff has filed numerous actions seeking to have his November 22, 2017, conviction overturned, each of which states the same core statement of his claim (3:17-CV-2205, Doc. 1 at 4; 3:17-CV-2206, Doc. 1 at 4; 3:17-CV-2207, Doc. 1 at 4; 3:17-CV-2208, Doc. 1 at 4); and

Because Plaintiff asserts that all Defendants violated his due process rights (*id.*),

**NOW, THEREFORE, THIS** \_\_\_\_4th\_\_\_\_ **DAY OF DECEMBER 2017**, in the interest of judicial efficiency and economy, these cases are consolidated into 3:17-CV-2205, and the Clerk of Court is to mark each docket accordingly.

                                                                       RICHARD P. CONABOY
                                                                       United States District Judge